UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JANNIE WILSON O'NEAL  
95 CO RD 46  
TUSKEGEE, AL 36083

CASE NO: 07-31678-DHW  
Chapter 13

Soc. Sec. No. XXX-XX-3719  
Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO: DEPARTMENT OF VETERANS AFFAIRS  
ATTN PAYROLL  
P O BOX 11930  
ST PAUL, MN 55111

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that DEPARTMENT OF VETERANS AFFAIRS withhold from the wages, earnings, or other income of this debtor the sum of $430.00 BI-WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
07-31678-DHW JANNIE WILSON O'NEAL  
P O BOX 830529  
BIRMINGHAM AL 35283

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, December 1, 2008 .

cc: Debtor  
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge