UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JANNIE WILSON O'NEAL  
95 CO RD 46  
TUSKEGEE, AL 36083

CASE NO: 07-31678-DHW  
Chapter 13

Soc. Sec. No. XXX-XX-3719  
Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO:  DFAS-ZPV-CIVILIAN PAY  
ATTN LORETTA LONGO  
1240 E 9TH ST RM 1493  
CLEVELAND, OH 44199-8002

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that DFAS-ZPV-CIVILIAN PAY withhold from the wages, earnings, or other income of this debtor the sum of $440.00 BI-WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
07-31678-DHW JANNIE WILSON O'NEAL  
P O BOX 613108  
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, August 24, 2009 .

cc: Debtor  
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge