UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 06-31152-DHW
                                                 Chapter 13
KEITH A. FURR
LINDA K. FURR,

     Debtors.
_____

FIRST LOWNDES BANK,

     Plaintiff,                         Adv. Pro. No. 06-3102-DHW
  v.

KEITH A. FURR
LINDA K. FURR,

     Defendants.
_____

HENRY ETHEL TRAMMELL

     Plaintiff,                         Adv. Pro. No. 07-3008-DHW
  v.

KEITH A. FURR
LINDA K. FURR,

     Defendants.

## FINAL JUDGMENT

In accordance with the findings of fact and conclusions of law stated from the bench in open court on March 18, 2008, it is

ORDERED that the debt made the subject of Adv. Proc. 06-3102 and owed by Keith A. Furr to First Lowndes Bank is excepted from discharge under

11 U.S.C. § 523(a)(6), and that debt is hereby declared to be NON-DISCHARGEABLE under 11 U.S.C. § 1328(b). It is

FURTHER ORDERED that judgment enter in favor of Keith A. Furr and Linda K. Furr as to all other claims asserted in the above-styled adversary proceedings.

Done this 18th day of March, 2008.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Britt B. Griggs, Attorney for First Lowndes Bank
Jon M. Folmar, Attorney for Trammell
Vonda S. McLeod, Attorney for Debtors
Curtis C. Reding, Trustee